Jesus MORENO–VALLEJO, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 26065.

United States Court of Appeals,
Fifth Circuit.

March 31, 1970.

Eldon Lee Youngblood, Dallas, Tex. (Ct. Apptd.), for appellant.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for appellee.

Before GEWIN, McGOWAN* and MORGAN, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is denied and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is also denied.

* Judge Carl McGowan of the District of Columbia Circuit, Sitting by designation.

Hubert C. STRATTON and Margaret M. Stratton, Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 563, Docket 33730.

United States Court of Appeals,
Second Circuit.

Argued April 2, 1970.

Decided April 2, 1970.

George C. Shattuck, Syracuse, N. Y. (Donald J. Zahn, Bond, Schoeneck & King, Syracuse, N. Y. of counsel), for appellants.

Paul M. Ginsburg, Department of Justice, Washington, D. C. (Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, William Massar, Attys., Department of Justice, Washington, D. C., of counsel), for appellee.

Before KAUFMAN and FEINBERG, Circuit Judges, and TIMBERS, District Judge.*

PER CURIAM:

The petition to review is denied and the judgment of the Tax Court, reported at 28 T.C.M. 284 (1969), is affirmed on the opinion of Judge Simpson.

* Chief Judge of the District of Connecticut, sitting by designation.